IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THOMAS HOMES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-422 (HL) |
| GAINEY TRANSPORTATION | : | |
| SERVICES, INC., STATE NATIONAL | : | |
| INSURANCE COMPANY, INC., and | : | |
| GEORGE MISSOURI | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# ORDER

The Court has received a letter from Grant B. Smith, counsel for Defendants. In the letter he states that the bankruptcy court has lifted the stay of this case as to Defendant Gainey Transportation Services, Inc. Now, the trustee for Gainey Transportation Services would like to mediate the case. The Defendants ask the Court to not place this case on its next trial calendar.

The Court encourages the parties to mediate the case or to do anything else to reach a settlement. Nevertheless, the Court has placed this case on its April, 2010 trial calendar in Macon. Unless otherwise notified, the Court expects the parties to be prepared to try the case in April.

**SO ORDERED**, this the 4th day of February, 2010.

                                           *s/ Hugh Lawson*
                                           **HUGH LAWSON, SENIOR JUDGE**