# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **THOMAS HOLMES,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**GAINEY TRANSPORTATION SERVICES, INC.,**<br><br>　　　　Defendant. | Civil Action 5:08-CV-422 (HL) |

# ORDER

In an order (Doc. 88) entered on May 6, 2011, the Court set this case for trial in September of 2011. The Court also ordered the parties to submit a written status report no later than September 1.

The pretrial conference in this case has been set for August 29, 2011 at 9:30 a.m. Additional information regarding the pretrial conference will be sent out to the parties in the near future. The trial of this case will begin on September 12, 2011. The written status report is now due on or before August 8, 2011.

**SO ORDERED**, this the 29th day of July, 2011.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh