# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **THOMAS HOLMES,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**GAINEY TRANSPORTATION SERVICES, INC.,**<br><br>　　　　Defendant. | Civil Action 5:08-CV-422 (HL) |

# ORDER

The request for leave of absence filed by Grant Smith on August 5, 2011 (Doc. 98) is denied. The Court informed the parties in no uncertain terms during the telephone conference held on August 3 that the trial of this case will begin on September 12, 2011. The parties should be prepared to select a jury on September 12. The telephone conference scheduled for August 15 is cancelled.

**SO ORDERED**, this the 8th day of August, 2011.

　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh